UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARLA ALLEN,

                Plaintiff,

- against -

LLOYD BARNES and WACKIES MUSIC,

                Defendants.
-----------------------------------------------------------X

**ORDER**
08-CV-3832 (BMC)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated February 23, 2010, plaintiff's counsel requests an adjournment of the March 10, 2010 settlement conference and requests that the Court correct an error in its prior Order. See docket entry 35. Plaintiff's requests are granted.

The Court shall hold a settlement conference on **March 11, 2010 at 3:00 p.m.** in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. As defendant Barnes has not filed an answer, he must do so by **March 11, 2010. Should defendant fail to timely appear for the March 11, 2010 conference or to respond to the complaint, plaintiff may move for default judgment against him.** Defendant may contact the Court's Pro Se Office at (718) 613-2665 for information on how to answer the complaint. Mr. Barnes shall also bring to the March 11, 2010 conference the phone numbers for his contacts in Germany. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: February 25, 2010
      Brooklyn, New York